IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**MELBA A. TILMON,**

      **Plaintiff,**

      v.

**POLO RALPH LAUREN FACTORY STORE,**

      **Defendant.**

Case No. 17-2396-JAR-JPO

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge James P. O'Hara's July 10, 2017 Report and Recommendation (Doc. 6) that Plaintiff Melba A. Tilmon's Motion to proceed *in forma pauperis* be denied. Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations filed by Judge O'Hara,[1] and after a *de novo* determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that that in accordance with the July 10, 2017 Report and Recommendation (Doc. 6), Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 3) is **denied**. Plaintiff may pay the $400 filing fee in three equal monthly installments as follows: $133.33 due no later than August 1, 2017; $133.33 due no later than September 1, 2017; and $133.34 due no later than October 1, 2017. Such payments must be made either in person at the Kansas City, Kansas Clerk's Office, or by mail in the form of a

---

[1]On July 20, 2017, Plaintiff submitted a letter to the Court that Judge O'Hara construed as a motion to reconsider. In this letter, addressed to the undersigned, Plaintiff sought "reconsideration of the denial" of her motion, and provided some additional information about her financial situation that she did not include in her original financial affidavit. Judge O'Hara concluded that this additional information did not change his recommendation to deny the motion. Upon *de novo* review, this Court agrees.

personal or cashier's check or money order made payable to "Clerk, U.S. District Court."  The Clerk's Office is located in Room 259 of the Robert J. Dole Courthouse, 500 State Avenue, Kansas City, Kansas 66101.  **If Plaintiff does not pay the fee by the deadlines set forth in this payment schedule, this case shall be dismissed without prejudice**.

**IT IS SO ORDERED.**

Dated: July 25, 2017

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE
